```
                         Case 8:10-bk-20984-CPM   Doc 70   Filed 08/15/12   Page 1 of 7
                                            United States Bankruptcy Court
                                             Middle District of Florida
In re:                                                                                  Case No. 10-20984-CPM
Edgar Rolando Boteo                                                                     Chapter 13
Cristina Boteo
         Debtors                                 CERTIFICATE OF NOTICE
District/off: 113A-8          User: fhayne                Page 1 of 3                   Date Rcvd: Aug 13, 2012
                              Form ID: pdfdoc             Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2012.
db/jdb       +Edgar Rolando Boteo,    Cristina Boteo,    13214 Cherry Bark Cir,    Riverview, FL 33579-1104
cr           +JPMorgan Chase Bank NA,    Law Offices of Marshall C. Watson, PA,     1800 NW 49th Street, Suite 120,
               Fort Lauderdale, FL 33309-3092
cr           +PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr            Paccar Financial Corp.,    c/o Stephanie Crane Lieb,    P.O. Box 1102,    Tampa, FL  33601-1102
cr           +World Omni Financial Corp.,    c/o John G. Bianco III, Esquire,    110 SE 6th Street, 15th Floor,
               Fort Lauderdale, FL 33301-5004
18990740     +ABC Auto Inc.,    6112 N. Florida AVe.,    Tampa FL 33604-6695
19053232     +CACH, LLC,    4340 S. MONACO ST.,    2ND FLOOR,    DENVER, CO 80237-3408
18990741     +Chase,    PO Box 15153,   Wilmington DE 19886-5153
19085111     +Department Stores National Bank/Macys,     Bankruptcy Processing,    PO Box 8053,
               Mason, OH 45040-8053
18990739      Department of Revenue,    PO Box 6668,    Tallahassee, FL 32314-6668
18990743     +Encore Receivable Management,     PO Box 3330,    Olathe KS 66063-3330
18990745     +FMS,    PO Box 707600,   Tulsa OK 74170-7600
19204163     +Fia Card Services, NA As Successor In Interest to,     Bank of America NA and Mbna America Bank,
               1000 Samoset Drive,    DE5-023-03-03,    Newark, DE 19713-6000
18990744     +Florida Dept. of Revenue,    5050 W. Tennessee St.,    Tallahassee FL 32399-0100
19355412     +JPMorgan Chase Bank NA,    1800 NW 49th Street Suite 120,    Fort Lauderdale, FL 33309-3092
18990748     +MACYS,    PO BOX 689195,   Des Moines IA 50368-9195
19115650      NCO PORTFOLIO MANAGEMENT,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
19033358     +Office of US Attorney,    Attn Civil Process Clerk,    400 North Tampa St Suite 3200,
               Tampa FL 33602-4774
18990738     +Office of US Attorney,    Attn Civil Process Clerk1,    400 North Tampa St Suite 3200,
               Tampa, FL 33602-4774
18990752    ++PACCAR FINANCIAL CORP,    P O BOX 1518,    BELLEVUE WA 98009-1518
             (address filed with court: Paccar Financial,      240 Gibraltar Rd,    Ste. 120,   Horsham PA 19044)
19455573    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates LLC,      PO Box 41067,   Norfolk VA 23541)
19059588     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,     POB 41067,
               Norfolk VA 23541-1067
19198109      Paccar Financial Corp.,    c/o Stephanie Crane Lieb, Esq.,    Trenam, Kemker, et al.,
               P.O. Box 1102,    Tampa, FL  33601-1102
18990753     +Pentagroup Financial, LLC,    PO Box 742209,    Houston TX 77274-2209
18990754     +Source Receivables,    PO Box 4068,    Greensboro NC 27404-4068
18990755     +Southeast Toyota Finance,    PO Box 70832,    Charlotte NC 28272-0832
18990756     +Tampa Service Center,    6302 E Dr MLK Jr Blvd,    Suite 100,    Tampa FL 33619-1166
20425524     +Tripp Scott, PA,    110 SE 6th Street, 15th Floor,    Fort Luaderdale, FL 33301-5004
18990758     +World Financial,    PO Box 182124,    Columbus OH 43218-2124
20425523     +World Omni Financial Corp,    c/o John G. Bianco, Esquire,    Tripp Scott, PA,
               110 SE 6th Street, 15th Floor,    Fort Luaderdale, FL 33301-5004
19256011      World Omni Financial Corp.,    Post Office Box 991817,    Mobile, AL 36691-8817
21512600     +abc autos,    6112 n. florida ave,    tampa, fl 33604-6695

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2012 05:35:35
               Recovery Management Systems Corp For GE Money Bank,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
18990740     +E-mail/Text: banglado@abcautostar.com Aug 14 2012 03:12:16      ABC Auto Inc.,
               6112 N. Florida AVe.,    Tampa FL 33604-6695
19074569      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2012 02:35:23
               American Infosource Lp As Agent for,    World Financial Network National Bank As,
               Victoria’s Secret,    PO Box 248872,   Oklahoma City, OK  73124-8872
19555514      E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2012 05:35:35      Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
18990746      E-mail/Text: cio.bncmail@irs.gov Aug 14 2012 00:57:17      IRS,   PO BOX 105404,
               Atlanta GA 30348
18990737      E-mail/Text: cio.bncmail@irs.gov Aug 14 2012 00:57:17      Internal Revenue Service,
               P.O. Box 21126,    Philadelphia, PA 19114
18990747     +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2012 05:35:34      JC Penney,    PO Box 981131,
               El Paso TX 79998-1131
19626015      E-mail/Text: resurgentbknotifications@resurgent.com Aug 14 2012 01:03:01      LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
18990749     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2012 01:05:46      Midland Credit Management,
               PO Box 60578,    Los Angeles CA 90060-0578
19206335     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2012 01:05:46      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
18990750     +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 14 2012 02:29:51      NCO Financial,
               507 Prudential Rd.,    Horsham PA 19044-2368
19555515      E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2012 05:35:35
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
```

```
District/off: 113A-8           User: fhayne                Page 2 of 3                   Date Rcvd: Aug 13, 2012
                               Form ID: pdfdoc             Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
18990757     +E-mail/Text: bnc@ursi.com Aug 14 2012 02:06:15      United Recovery Systems,   PO Box 722929,
               Houston TX 77272-2929
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19033356*     Department of Revenue,   PO Box 6668,   Tallahassee FL 32314-6668
19033357*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,   P.O. Box 21126,   Philadelphia, PA 19114)
18990751*    ++PACCAR FINANCIAL CORP,   P O BOX 1518,   BELLEVUE WA 98009-1518
              (address filed with court: Paccar Financial,   3805 Crestwood Pkwy,   Ste. 300,
               Duluth GA 30096)
18990742    ##+Chase Home Finance,   PO Box 78116,   Phoenix AZ 85062-8116
                                                                                  TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 113A-8           User: fhayne                 Page 3 of 3                  Date Rcvd: Aug 13, 2012
                               Form ID: pdfdoc              Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2012 at the address(es) listed below:

```
              John G Bianco    on behalf of Creditor   World Omni Financial Corp.
               bankruptcynoticecenter@trippscott.com,   jgb@trippscott.com
              Jon  Waage    jwflecf@trustee13.com
              Scott R Weiss    on behalf of Creditor   JPMorgan Chase Bank NA scott.weiss@marshallwatson.com,
               Jairo.Garcia@marshallwatson.com;BKMailFromCourt@MarshallWatson.com
              Stephanie C Lieb    on behalf of Creditor   Paccar Financial Corp. slieb@trenam.com,
               KMckenzie@trenam.com;jfollman@trenam.com
              Thomas A Nanna    on behalf of Debtor Edgar Boteo thomasnanna@gmail.com,   thomasnanna@hotmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Case No. 8:10-bk-20984-CPM
                                                    Chapter 13

EDGAR ROLANDO BOTEO
CRISTINA BOTEO
_____/

**CORRECTIVE**
**ORDER ALLOWING AND DISALLOWING**
**CLAIMS AND ORDERING DISBURSEMENTS**

THIS MATTER came on for consideration following the entry of an Order Confirming Plan, for reason of allowing and disallowing claims filed in this case and ordering disbursements from the Plan payments received by the Chapter 13 Standing Trustee. Accordingly, it is

ORDERED AND ADJUDGED as follows:

1. That the secured claims as set forth upon the attached Exhibit "A", and those unsecured claims as set forth upon the attached Exhibit "B", be and they are hereby allowed.

2. The priority claims as set forth upon Exhibit "C" are hereby allowed.

3. Those claims as set forth upon Exhibit "D" are hereby allowed, however, the Trustee shall not make distribution upon such claims.

4. Those claims as set forth upon Exhibit "E" are hereby allowed, however, the Trustee shall make distribution upon such claim only to the extent of the arrearages dealt with under the Plan as indicated upon such exhibit.

5. Those duplicate claims as set forth upon Exhibit "F" are hereby disallowed.

6. Those claims which were filed after the bar date for filing claims as set forth upon Exhibit "G" are hereby disallowed and shall not receive any distributions from the Chapter 13 Trustee.

7. That disbursements shall commence and be made by the Trustee as soon as monies therefore become available, and at as regular intervals as possible, and such disbursements shall be made in the following order, amounts and for the purposes indicated:

(a) The Trustee, for his compensation and actual necessary expenses, the percentage fee amount as fixed in the Orders by the Director of the Executive Office for United States Trustees of payments actually made under the Plan.

(b) Creditors, secured, priority and unsecured, in accordance with the confirmed Plan as amended by the Order Confirming Plan.

8. That the Trustee shall before the expiration of twelve (12) months from the date of this Order, and not less frequently than every twelve (12) months thereafter, file his report herein showing funds received and disbursed, and to whom, during each reporting period, and the balance-on-hand, and upon conclusion of the proceeding a final report with the like showings for the entire period of administration. Such report shall be in addition to the Trustee's obligations to furnish reports to the Clerk of this Court pursuant to the Judicial Conferences Guidelines for Chapter 13 Administration.

9. The Court reserves jurisdiction to vacate, alter, or amend the foregoing orders upon such notice and after such hearing as the Court may prescribe.

10. Leave is hereby granted to any interested party to file a motion for reconsideration of this Order within thirty (30) days of the date hereof.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on ___August 13, 2012___.

_____
Catherine Peek McEwen
United States Bankruptcy Judge

Copies to be provided by CM/ECF service.

JMW/kd                                                                                                                    C13T

Case Number: 8:10-bk-20984-CPM

**EXHIBIT "A"**
**ALLOWED SECURED CLAIMS RECEIVING DISTRIBUTION**

No. 10 PACCAR FINANCIAL - $37,500* PLUS 5.25%
No. 13 WORLD OMNI FINANCIAL - $5,916.74** Plus 3% Interest
No. 18 ABC AUTOS - $3,000.00*** Plus 3% Interest

*Less Adequate Protection Payments of $12,100.85 – per order valuing April 19, 2011.
**Less Adequate Protection Payments of $3,242.37.
***Less Adequate Protection Payments of $1,300.09.

**EXHIBIT "B"**
**ALLOWED UNSECURED CLAIMS RECEIVING DISTRIBUTION**

| No. | Creditor | | Amount |
|---|---|---|---|
| No. 1 | CAPITAL RECOVERY/BANK OF AMERICA/CACH | | $ 4,072.21 |
| No. 2 | PRA RECEIVABLES/ROOMS TO GO | | $ 994.63 |
| No. 3 | AMERICAN INFOSOURCE/VICTORIAS SECRET | | $ 201.24 |
| No. 4 | DEPT STORES NAT'L BANK/MACYS | | $ 737.32 |
| No. 5 | US TREASURY | (Unsecured Balance) | $ 357.16 |
| No. 6 | BECKET & LEE/ANN TAYLOR/NCO PORTFOLIO | | $ 805.23 |
| No. 7 | BECKET & LEE/AT&T/NCO PORTFOLIO | | $ 481.78 |
| No. 8 | BECKET & LEE/AT&T/NCO PORTFOLIO | | $ 715.88 |
| **No. 10** | **PACCAR FINANCIAL** | **(Unsecured Balance)** | **$ 8,956.27** |
| No. 11 | PORTFOLIO RECOVERY/FIA/BOA | | $ 3,410.38 |
| No. 12 | MIDLAND CREDIT/WASHINGTON MUTUAL BANK | | $ 5,519.90 |
| No. 13 | WORLD OMNI FINANCIAL CORP | (Unsecured Balance) | $ 1.00 |
| No. 15 | LVNV FUNDING | | $ 2,397.83 |
| No. 16 | FLORIDA DEPT OF REVENUE | (Unsecured Balance) | $ 201.30 |

**EXHIBIT "C"**
**ALLOWED CLAIMS HAVING PRIORITY AND ATTORNEYS' FEES**

No. 5  US TREASURY                              $ 1,593.53
No. 16 FLORIDA DEPT OF REVENUE                  $ 656.42
No. 00 THOMAS A NANNA, PA                       $ 1,944.00

**EXHIBIT "D"**
**CLAIMS ARE ALLOWED, BUT SHALL NOT RECEIVE ANY PAYMENT FROM THE CHAPTER 13 TRUSTEE UNDER THE CONFIRMED PLAN**

No. 9 PACCAR FINANCIAL – Claim Amended by No. 10
No. 14 JPMORGAN CHASE BANK
No. 17 ABC AUTO INC – Claim Amended by No. 18

**EXHIBIT "E"**
| ALLOWED CLAIMS RECEIVING PARTIAL DISTRIBUTION | PROOF OF CLAIM AMOUNT | ALLOWED ARREARAGE AMOUNT |
|---|---|---|

NONE

Case Number: 8:10-bk-20984-CPM

**EXHIBIT "F"**
**DISALLOWED DUPLICATE CLAIMS**

NONE

| **EXHIBIT "G"** | **FILING** | **ACTUAL** |
|---|---|---|
| **DISALLOWED LATE CLAIMS** | **EXPIRATION DATE** | **DATE FILED** |

NONE

**ADDITIONAL DISCLOSURE**

NONE

**ESTIMATED TOTAL LENGTH OF PLAN AT THIS TIME:  60  MONTHS. CERTAIN ADJUSTMENTS TO CLAIMS MAY OCCUR DURING THE LIFE OF THE PLAN THAT COULD AFFECT THE PAYMENT AMOUNTS AND/OR LENGTH OF PLAN.**